**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Calvin Tyrell JARRETT, a/k/a Chipper,**
**Defendant—Appellant.**

No. 12–6788.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 19, 2012.

Decided: July 26, 2012.

Calvin Tyrell Jarrett, Appellant Pro Se. Olivia L. Norman, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Tyrell Jarrett appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jarrett*, No. 3:07–cr–00155–REP–1 (E.D.Va. Mar. 28, 2012). We deny Jarrett's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*